UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARIEL BARKAI,

Plaintiff,

-against-

PATRICIA S. RUPPERT, COMMISSIONER,
ROCKLAND COUNTY DEPARTMENT OF
HEALTH; LAURA CARBONNE, ROCKLAND
COUNTY MEDICAL EXAMINER; AND OTHER
JOHN DOE ROCKLAND COUNTY
EMPLOYEES,

Defendants.

21-CV-0771 (LTS)

CIVIL JUDGMENT

Pursuant to the order issued August 16, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under

28 U.S.C. § 1915(e)(2)(B)(ii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to

Plaintiff and note service on the docket.

SO ORDERED.

Dated:    August 16, 2021
          New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge